Frederick Scherr, etc., Appellant, v. Pioneer Iron Works and Others, Respondents.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Louis Black, Appellant, v. Samuel Lemberg and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles Bonin, Appellant, v. Morris Mintzer, Sued as Maurice Minser, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, unless within twenty days the defendant consent to reduce his judgment to the sum of one dollar, with interest and costs, in which case the judgment as so reduced is affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Everly M. Davis, Appellant, v. Edward E. Vreeland and Anna Vreeland, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Walter B. Dixon, Respondent, v. Charles Dusenberry, Jr., and Mary E. Hodgman, Appellants.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.